

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Gabriel Aaron Orona,                    * From the 358th District Court
                                          of Ector County
                                          Trial Court No. D-17-1877-CR.

Vs. No. 11-19-00262-CR                  * January 16, 2020

The State of Texas,                     * Per Curiam Memorandum Opinion
                                          (Panel consists of: Bailey, C.J.,
                                          Stretcher, J., and Wright, S.C.J., sitting
                                          by assignment)
                                          (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.